UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CASEY PERRY, # 244528,

    Petitioner,

v.       Case Number: 10-cv-13501
    Honorable Thomas L. Ludington

THOMAS BIRKETT,

    Respondent.
_____/

## JUDGMENT

In accordance with this Court's opinion and order entered on this date it is **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus [Dkt. #1] is **DENIED WITH PREJUDICE**.

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

Dated: June 8, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and upon Casey Perry, #244528, at Earnest C. Brooks Correctional Facility, 2500 S. Sheridan Drive, Muskegon Heights, MI 49444 by first class U.S. mail on June 8, 2011.

    s/Tracy A. Jacobs
    TRACY A. JACOBS